UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW JONES,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 16 –07 (APM)<br><br>Jury Trial Demanded |

## ORDER

Having considered Defendant the District of Columbia and Defendant William Smith's Motion To Dismiss, the entire record, and the interests of justice, it is this _____ day of _____, 2016,

  ORDERED, that the Motion is GRANTED, and it is further

  ORDERED, the Complaint is DISMISSED, with Prejudice.


Dated: _____          _____
                               JUDGE AMIT P. MEHTA
                               United States District Judge