**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ANDREW JONES, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | Case No. 16-cv-07 (APM) |
| v. | ) | |
|  | ) | |
| DISTRICT OF COLUMBIA, *et al.* | ) | |
|  | ) | |
| Defendants. | ) | |

**NOTICE OF WAIVER OF SERVICE**

Notice is hereby provided to the Court that Defendants Annette Blair-Summers, Stephen Stanford, and Tia Gaines have executed the attached waiver of service forms.

April 14, 2016                                          Respectfully Submitted:

/s/  Matthew J. Peed
Matthew J. Peed (D.C. Bar No. 503328)
CLINTON BROOK & PEED
1455 Pennsylvania Ave. N.W., Suite 400
Washington, DC 20004
(202) 621-1828 (tel)
(202) 204-6320 (fax)

*Attorney for Plaintiff Andrew Jones*

1