UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW JONES,<br><br>        Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>        Defendants. | Civil Action No. 16 –07 (APM) |

### DEFENDANTS THE DISTRICT OF COLUMBIA, WILLIAM SMITH, TIA GAINES, ANNETTE BLAIR SUMMERS, AND STEPHEN STANFORD'S MOTION TO DISMISS

Defendants the District of Columbia (the District), William Smith, Tia Gaines, Annette Blair-Summers, and Stephen Stanford, respectfully move this Court under Fed. R. Civ. P. 12(b)(6) to dismiss the Complaint on these grounds.

1. Plaintiff fails to state a claim under 42 U.S.C. § 1983 against Mr. Smith, Ms. Gaines, Ms. Blair-Summers, and Mr. Stanford because they are entitled to qualified immunity against plaintiff's claims.

2. Plaintiff fails to state a claim under 42 U.S.C. § 1983 against the District because he has not alleged a policy of deliberate indifference regarding his injuries.

3. Plaintiff fails to state a claim under 42 U.S.C. § 1983 for unlawful search because he was subject to a constitutionally valid, reasonable routine search.

4. Plaintiff fails to state a claim for false imprisonment against Mr. Gaines, Ms. Blair-Summers, and Mr. Stanford because plaintiff was detailed pursuant to a facially-valid warrant.

5. Plaintiff fails to state a claim for invasion of privacy against the District because he was subjected to a reasonable, routine search.

6. Plaintiff fails to state a claim for negligence against the District, Ms. Gaines, and Ms. Blair-Summers because defendants reasonably relied on the facially-valid warrant issued by the U.S. Marshal Service.

7. Plaintiff fails to state a claim under District common law for negligent supervision because he failed to allege his injuries were the proximate cause of the alleged negligence.

These grounds are discussed in greater detail in the supporting memorandum of points and authorities accompanying this motion. A proposed Order is also attached.

Dated: April 15, 2016.  Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Deputy Attorney General
Public Interest Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON, Bar No. 453765
Chief, Equity Section

*/s/ Amanda J. Montee*
AMANDA J. MONTEE, Bar No. 1018326
Assistant Attorney General

Suite 630 South
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-5691
(202) 741-8934 (fax)
amanda.montee@dc.gov

*Counsel for Defendant*
*The District of Columbia*

Suite 630 South
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-5691
(202) 741-8934 (fax)
amanda.montee@dc.gov

*Counsel for Defendant*
*The District of Columbia*