UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 16-cv-0007 (APM) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Andrew Jones, by and through undersigned counsel, respectfully provides notice to the parties and the Court of new authority from this district that is relevant to the pending motion to dismiss filed by the District of Columbia and its employee defendants. In *Lewis et al. v. District of Columbia*, Civ. No. 15-352 (RBW) (June 27, 2016), Judge Walton denied the District of Columbia's motion to dismiss a claim under 42 U.S.C. § 1983 that strip-searches of inmates held at D.C. Jail violated the Fourth and Fifth Amendment. In his analysis, Judge Walton relied upon the concurring and dissenting opinions in *Florence v. Bd. of Chosen Freeholders*, __ U.S. __, 132 S. Ct. 1510 (2012), in which "'six Justices of the Supreme Court [] expressed unease with the type of indiscriminate strip searching . . . that is challenged here.'" *Lewis* at 16 (quoting *Johnson v. District of Columbia*, 734 F.3d 1194, 1206 (D.C. Cir. 2013) (Rogers, J., concurring in part and concurring in the judgment)). This analysis mirrors the arguments in Mr. Jones's opposition to the District defendants' motion to dismiss. *See* Dkt. 29 at 16 (noting concurring and dissenting opinions in *Florence* and stating that "after *Florence*, a majority of the Supreme Court has indicated that it is unconstitutional to universally strip-search arrestees who are, or reasonably could be, segregated from the general population of a jail").

1

Judge Walton's memorandum opinion is attached to this Notice for the convenience of the parties and the court.

Dated:  June 29, 2016                                      Respectfully submitted,

_____
Matthew J. Peed (DC Bar No. 503328)
Matt@ClintonBrook.com
**CLINTON BROOK & PEED**
1455 Pennsylvania Ave NW, Suite 400
Washington, DC  20004
Tel: (202) 621-1828
Fax: (202) 204-6320

*Attorney for Plaintiff Andrew Jones*