

**U.S. Department of Justice**

Federal Bureau of Prisons

*Baltimore Residential Reentry Office*
*302 Sentinel Drive, Suite 200*
*Annapolis Junction, MD 20701*

---

October 14, 2014

MEMORANDUM FOR U.S. MARSHALS, DISTRICT OF COLUMBIA (DC/DC)

FROM:      TIMOTHY. R. BARNETT, Residential Reentry Mgr.

SUBJECT:   Apprehended Federal Prisoner
           Name:    JONES, ANDREW
           Reg No.  42732-007
           DCDC:    303-170

The above named federal prisoner was apprehended from escape. Please rescind his warrant.

Thank you for your assistance in matter. If you need additional information, please contact me at (301) 317-3149



EXHIBIT
1

DOJ_USMS 000001

# Send Result Report
MFP
FS-3140MFP
Firmware Version  2LX_2F00.004.003  2010.07.21

10/14/2014 14:34
[2LW_1000.002.001] [2J0_1100.001.001] [2H9_7000.001.011]

Job No.: 028638   Total Time: 0°00'11"   Page: 001

## Complete

Document:   doc02863820141014143358



U.S. Department of Justice

Federal Bureau of Prisons

*Baltimore Residential Reentry Office*
*302 Sentinel Drive, Suite 200*
*Annapolis Junction, MD 20701*

October 14, 2014

MEMORANDUM FOR U.S. MARSHALS, DISTRICT OF COLUMBIA (DC/DC)

FROM:       TIMOTHY R. BARNETT, Residential Reentry Mgr.

SUBJECT:    Apprehended Federal Prisoner
            Name:    JONES, ANDREW
            Reg No.: 42732-007
            DCDC:    303-170

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 10/14/14 14:34 | 912022735039 | 0°00'11" | FAX | OK | 200x100 Normal/On |

1

[ Q8K0904011 ]
DOJ_USMS 000002

Alvarado, Henry (USMS)

**From:** Johnson, Rolina (USMS)
**Sent:** Tuesday, January 06, 2015 7:01 AM
**To:** Alvarado, Henry (USMS)
**Subject:** RE: Andrew Jones Reg#42732-007

The case was a CTC failure and it's up to bop when he can be release from jail.
Rolina

**From:** Alvarado, Henry (USMS)
**Sent:** Friday, January 02, 2015 11:05 PM
**To:** Johnson, Rolina (USMS)
**Subject:** Fw: Andrew Jones Reg#42732-007

Rolina,

Can you please look into this and figure out what happened.


Respectfully,

Henry Alvarado
Supervisory Deputy U.S. Marshal
Prisoner Operations
333 Constitution Ave NW
Washington DC, 20001
Cell (305) 345-5071

***This information is for U.S. Marshals Service LIMITED OFFICIAL USE and is LAW ENFORCEMENT SENSITIVE. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511, and 2521. Dissemination to non-law enforcement sources is strictly prohibited without prior approval. Any inquiries concerning this information should be directed to the sender of this email.***


**From:** Alvarado, Henry (USMS) <HAlvarado@usms.doj.gov>
**Sent:** Friday, January 2, 2015 11:03 PM
**To:** Proctor, Kevin (DOC)
**Cc:** Alvarado, Henry (USMS)
**Subject:** Re: Andrew Jones Reg#42732-007

Good evening,

This can serve as an official document:

ANDREW JONES can be released; the warrant was rescinded and he doesn't have any district court charges.

Can you please send me an email to verify that you did receive this email?

1



DOJ_USMS000017

Respectfully,

Henry Alvarado
Supervisory Deputy U.S. Marshal
Prisoner Operations
333 Constitution Ave NW
Washington DC, 20001
Cell (305) 345-5071

***This information is for U.S. Marshals Service LIMITED OFFICIAL USE and is LAW ENFORCEMENT SENSITIVE. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511, and 2521. Dissemination to non-law enforcement sources is strictly prohibited without prior approval. Any inquiries concerning this information should be directed to the sender of this email.***

---

**From:** Proctor, Kevin (DOC)
**Sent:** Friday, January 2, 2015 10:41 PM
**To:** Alvarado, Henry (USMS)
**Cc:** DOC.Records.Management
**Subject:** Andrew Jones Reg#42732-007

Good evening;

Here's the information you requested.

**U.S. Department of Justice**
**United States Marshals Service**

**PRISONER REMAND OR ORDER TO DELIVER AND RECEIPT FOR UNITED STATES PRISONERS**

## UNITED STATES MARSHAL
U.S. District Court  District of Columbia

TO: DC/SC
*(Name & Title)*

DATE: 11/06/2014

THE FOLLOWING NAMED UNITED STATES PRISONER(S): ☐ are herewith remanded to your custody
☒ are to be delivered to representative presenting and signing this order

1) JONES, ANDREW
2) USMS# 42732-007
3) DCDC# 303-170

4) HOLD PENDING FEDERAL DESIGNATION
5) CTC FAILURE
6) THANK YOU

**RECEIPT**
THE ABOVE NAMED PRISONERS WERE RECEIVED:
BY: _____
TITLE: _____
DISTRICT OR ORGANIZATION ADDRESS: _____

EDWIN SLOANE
*United States Marshal*

HENRY ALVARADO
*BY: Deputy United States Marshal*

EXHIBIT 3

(PRIOR EDITIONS MAY BE USED)

Form USM-41
Rev. 11/83 (Supersedes USM-40, Short Form)
DOJ_USMS 000005