Exhibit 1

# UNITED STATES DISTRICT COURT
For The
District of Columbia

| | | |
|---|---|---|
| ANDREW JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-CV-07 (APM) |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DECLARATION OF ROLINA JOHNSON

I, Rolina Johnson, hereby make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1.     I am a Program Analyst for the District of Columbia District Court (DCDC), United States Marshals Service (USMS), Department of Justice.  I have held this position since November 2011.

2.     At the time of the events described in plaintiff's Amended Complaint, from October 9, 2014 to January 2015, I was generally responsible for sending notifications to the District of Columbia Department of Corrections (DOC) with regard to the detention of individuals remanded to DOC custody from the United States Marshals for the District of Columbia.

3.     On November 6, 2014, I sent an email to the DOC regarding Mr. Jones, a copy of which is attached as Exhibit A.  The email which was sent to the email address used by the DCDC Prisoner Coordination Section for prisoner detention matters gave notice to the DOC that

Mr. Jones was to be immediately released from any federal charges, because he was not wanted for escape and he had no other such charges.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Rohna Johnson
Program Analyst

Dated: 8-10-16

**Alvarado, Henry (USMS)**

| | |
|---|---|
| **From:** | Johnson, Rolina (USMS) |
| **Sent:** | Thursday, November 06, 2014 3:52 PM |
| **To:** | DOC.Records.Management@dc.gov |
| **Cc:** | Alvarado, Henry (USMS) |
| **Subject:** | JONES |
| **Attachments:** | usm41 Release By BOP- DC Jail.pdf - Adobe Reader.pdf |

PLEASE RELEASE ASAP THE WARRANT WAS EXECUTED IN ERROR
THANKS
ROLINA



1

DOJ_USMS000015

U.S. Department of Justice
United States Marshals Service

**PRISONER REMAND OR ORDER TO DELIVER AND
RECEIPT FOR UNITED STATES PRISONERS**

### UNITED STATES MARSHAL
#### U.S. District Court  District of  Columbia

TO: DC JAIL _____   DATE: 11/6/14 _____
     *(Name & Title)*

THE FOLLOWING NAMED UNITED STATES PRISONER(S): ☐ are herewith remanded to your custody

☒ are to be delivered to representative presenting and signing this order

1) JONES, ANDREW _____    4) RELEASE FROM DISTRICT CT CHARGES ___

2) REG#42732007 _____    5) _____

3) DCDC#303170 _____    6) _____

| RECEIPT |
| --- |
| THE ABOVE NAMED PRISONERS WERE RECEIVED: |
| BY: _____ |
| TITLE: _____ |
| DISTRICT OR ORGANIZATION ADDRESS: |
| _____ |
| _____ |

EDWIN SLOANE _____
*United States Marshal*

HENRY ALVARADO _____
*BY: Deputy United States Marshal*

Exhibit 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | )   **No. 16-cv-0007 (APM)** |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF ANDREW JONES

1.      My name is Andrew Jones.  I am the plaintiff in the case of *Jones v. District of Columbia, et al.*, 16-cv-0007 (APM).

2.      On November 3, 2014, I was released from the Hope Village halfway house after completing my term of imprisonment in D.C. Superior Court Case No. 2009 CF2 012541.

3.      On November 5, 2014, I was arrested by officers of the D.C. Metropolitan Police Department in the office of the Court Services and Offender Supervision Agency, where I had reported to begin my period of supervised release.  I was charged with "Escape from institution" in violation of D.C. Code § 22-2601.

4.      I was transported to the 6th District precinct and then to the Central Detention Facility (CDF) of the D.C. Department of Corrections (DOC), where I was strip-searched and held overnight.

5.      The next morning, November 6, 2014, I was transported to the Superior Court of the District of Columbia and placed into the custody of the U.S. Marshals.

1

6.      I was never brought before a judge on November 6, 2014.  Instead, after being held for several hours in the Superior Court holding area, I was transported back to CDF, where I was strip-searched again.

7.      After being strip-searched, I met with CDF intake officers, including Legal Instrument Examiners Kevin Proctor and Annette Blair-Summers, and was processed into CDF.

8.      The next day, I met with Tia Gaines, who told me that she was my case manager. I asked Ms. Gaines why I was being held at CDF, and she stated that I was being held for "escape." I explained that I returned to Hope Village prior to my curfew, completed my BOP sentence, and was not brought before a judge at Superior Court on November 6, 2016.  Ms. Gaines stated that she would contact the Bureau of Prisons (BOP) and inquire about my case.

9.      I met with Ms. Gaines seven or eight times over the next eight weeks.  Each time I saw her, I told her I had completed my sentence and asked her to please contact the BOP.

10.     On January 2, 2014, after being told for weeks by Ms. Gaines that she had not heard from BOP, I asked her to give me the phone number for the BOP.

11.     The same day, I gave the number provided to me by Ms. Gaines to my father, Brain Davis.  He immediately called the BOP on my behalf.

12.     I was released from CDF late in the evening the same day, January 2, 2015.

13.     On July 2, 2015, I provided notice to the D.C. Office of Risk Management of my claims pursuant to D.C. Code § 12-309.

I affirm under penalty of perjury that the foregoing is true and correct.

_____
        Date

_____
        Andrew Jones

2

Exhibit 3

```
 BOPSI  531.01 *              INMATE HISTORY            *     02-25-2016
PAGE 001 OF 001 *               ADM-REL                 *     13:30:55


  REG NO..: 42732-007 NAME....: JONES, ANDREW JOHN
  CATEGORY: ARS       FUNCTION: PRT       FORMAT:


FCL     ASSIGNMENT DESCRIPTION               START DATE/TIME STOP  DATE/TIME
CDC     GCT REL    GOOD CONDUCT TIME REL (CCCA) 11-03-2014 0917 CURRENT
CDC     A-DES      DESIGNATED, AT ASSIGNED FACIL 10-10-2014 1803 11-03-2014 0917
CDC     ESCAPE     ESCAPE                       10-10-2014 0945 10-10-2014 1803
CDC     A-DES      DESIGNATED, AT ASSIGNED FACIL 03-18-2014 2318 10-10-2014 0945
3-V     RELEASE    RELEASED FROM IN-TRANSIT FACL 03-18-2014 2318 03-18-2014 2318
3-V     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-18-2014 0718 03-18-2014 2318
MRG     FURL TRANS FURL W/UNESCORTED TRF TO A CCC 03-18-2014 0718 03-18-2014 0718
MRG     A-DES      DESIGNATED, AT ASSIGNED FACIL 08-14-2012 1717 03-18-2014 0718
A02     RELEASE    RELEASED FROM IN-TRANSIT FACL 08-14-2012 1717 08-14-2012 1717
A02     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-14-2012 1015 08-14-2012 1717
OKL     HLD REMOVE HOLDOVER REMOVED              08-14-2012 0915 08-14-2012 0915
OKL     A-BOP HLD  HOLDOVER FOR INST TO INST TRF 08-02-2012 1730 08-14-2012 0915
A02     RELEASE    RELEASED FROM IN-TRANSIT FACL 08-02-2012 1830 08-02-2012 1830
A02     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-02-2012 1125 08-02-2012 1830
RIV     TRANSFER   TRANSFER                     08-02-2012 1125 08-02-2012 1125
RIV     A-DES      DESIGNATED, AT ASSIGNED FACIL 09-01-2010 1420 08-02-2012 1125
9-L     RELEASE    RELEASED FROM IN-TRANSIT FACL 09-01-2010 1420 09-01-2010 1420
9-L     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-30-2010 1015 09-01-2010 1420
DSC     ADMIN REL  ADMINISTRATIVE RELEASE       06-30-2010 0916 06-30-2010 0916
DSC     A-ADMIN    ADMINISTRATIVE ADMISSION     06-30-2010 0912 06-30-2010 0916


  G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

DOJ_BOP 000005

Exhibit 4

10/10/2014  13:52                                                                    P.001/002

*1593*



**U.S. Department of Justice**

Federal Bureau of Prisons

*Baltimore Residential Reentry Office*
*302 Sentinel Drive, Suite 200*
*Annapolis Junction, MD 20701*

FID 8200846

October 10, 2014

MEMORANDUM FOR U.S. MARSHALS, DISTRICT OF COLUMBIA, DISTRICT
                COURT

FROM:       Timothy R. Barnett, Residential Reentry Manager

SUBJECT:    Request to Apprehend:

            Name:    JONES, ANDREW JOHN
            Reg. No: 42732-007
            FBI:     113233FC7
            DCDC:    303170

I am requesting that federal inmate JONES, ANDREW JOHN be
apprehended and detained.  He escaped from Hope Village RRC on
Friday, October 10, 2014.

Please notify this office immediately upon apprehension.

Thank you for your assistance.  If you need additional
information, please contact me at (301) 317-3149.

2014 OCT 14  AM 9:30

DOJ_USMS 000007

BP-A0393
APR 10

## NOTICE OF ESCAPED FEDERAL PRISONER CDFRM

**U.S. DEPARTMENT OF JUSTICE**          **FEDERAL BUREAU OF PRISONS**

| Institution<br>BALTIMORE/DC RRO, ANNAPOLIS JUNCTION, MD | | | Date<br>10-10-2014 | | |
|---|---|---|---|---|---|
| Name<br>JONES, ANDREW JOHN | Number<br>42732-007 | | Date of Birth<br>04/25/1986 | | Age<br>28 |
| Sex<br>MALE | Race<br>BLACK | Height<br>5 07 | Weight<br>165 | Eyes<br>BN | Hair<br>BK | Place of Birth<br>DC |
| Citizenship<br>US | Build<br>AVERAGE | | Home Address<br>3310 CLAY PLACE, N.E. WASHINGTON DC 20019 | | |
| Scars, Marks, Tattoos<br>NONE | | | Occupation<br>UNEMPLOYED/SEEKING EMPLOYMENT. | | |
| Last Used Aliases<br>NONE | | | F.B.I. No.<br>113233FC7 | | S.S.N.<br>578156960 |

Sentence 60 MO     Years/Mos./Days Offense:          Original Arresting Agency:

USM

---

RRC staff reported that on 10-10-2014 at 7:05 AM, inmate Jones #42732-007, sign out of the facility to 8654 Edgeworth Road, Capital Heights, MD. He was scheduled to return at 1800 hrs on the same date. However vocational Counselor spoke with Mr. Jones employer that confirmed Mr. Jones did not show up for work. He did not know his current whereabouts unknown.

Inmate Jones was placed on escape and the RRM was notified at 1015 hrs.

Inmate Jones is a minimum security inmate, serving a 60 months sentence for Possession with Intent to Distribute a Controlled Substance While Armed. Possession of a Firearm.

CIMS NO; VMP NO: NO PUBLICITY

**Details of Escape:**

Armed: ☐ Yes; ☐ No; ☑ Unknown

Consider Dangerous ☑ Yes; ☐ No

Violent Behavior: ☑ Yes; ☐ No
ESCAPED FROM
HOPE VILLAGE RRC CDC 2AA
WASHINGTON, DC 20020

---

SUBJECT TO THE CONDITIONS OF TITLE 28, PART 7, SECTION 7.1 - 7.5 OF THE CODE OF FEDERAL REGULATIONS, A STANDING OFFER TO REWARD IS MADE FOR THE CAPTURE, OR ASSISTANCE IN, OR FURNISHING INFORMATION LEADING TO THE CAPTURE OF AN ESCAPED FEDERAL PRISONER. THIS REWARD SHALL NOT BE IN EXCESS OF $200 UNLESS SPECIFICALLY GRANTED BY THE DIRECTOR OF THE BUREAU OF PRISONS.

IF APPREHENDED, OR IF YOU HAVE INFORMATION CONCERNING THE PRISONER, WIRE OR TELEPHONE COLLECT THE NEAREST OFFICE OF THE FEDERAL BUREAU OF INVESTIGATION (F.B.I.), OR CONTACT THE CHIEF EXECUTIVE OFFICER OF THIS FACILITY.

TELEPHONE NUMBER: 301-317-3149
         Area Code

Timothy R. Barnett
         Chief Executive Officer

Residential Reentry Manager
         Title

PDF          Prescribed by P5800

Replaces BP-393(58) OCT 88 and BP-S393(58) AUG 94

Exhibit 5



**U.S. Department of Justice**

Federal Bureau of Prisons

*Baltimore Residential Reentry Office*
*302 Sentinel Drive, Suite 200*
*Annapolis Junction, MD 20701*

October 14, 2014

**MEMORANDUM FOR U.S. MARSHALS, DISTRICT OF COLUMBIA (DC/DC)**

**FROM:**    TIMOTHY. R. BARNETT, Residential Reentry Mgr.

**SUBJECT:**    Apprehended Federal Prisoner
            Name:   JONES, ANDREW
            Reg No. 42732-007
            DCDC:   303-170

The above named federal prisoner was apprehended from escape.
Please rescind his warrant.

Thank you for your assistance in matter. If you need additional
information, please contact me at (301) 317-3149

# Send Result Report

**⬠ KYOCERA**

MFP

FS-3140MFP

Firmware Version 2LX_2F00.004.003 2010.07.21

10/14/2014 14:34
[2LW_1000.002.001] [2J0_1100.001.001] [2H9_7000.001.011]

Job No.: 028638          Total Time: 0°00'11"          Page: 001

# Complete

Document:          doc02863820141014143358



**U.S. Department of Justice**

Federal Bureau of Prisons

*Baltimore Residential Reentry Office*
*302 Sentinel Drive, Suite 200*
*Annapolis Junction, MD 20701*

October 14, 2014

**MEMORANDUM FOR U.S. MARSHALS, DISTRICT OF COLUMBIA (DC/DC)**

**FROM:**          TIMOTHY R. BARNETT, Residential Reentry Mgr.

**SUBJECT:**          Apprehended Federal Prisoner
Name:     JONES, ANDREW
Reg No.: 42732-007
DCDC:     303-170

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|-------|------|--------|----------------|
| 001 | 10/14/14 14:34 | 912022735039 | 0°00'11" | FAX | OK | 200x100 Normal/On |

DOJ_BOP_000009
[ Q8K0904011 ]

1

Exhibit 6

Print

**SQARN** 2014-11-05 19:53:38
Display Response Reopen Form

---

**RESP dmv(DQ)** 2014-11-05 19:53:39
Display Response

```
WALES Response # 665310598
DR.DCMPD0000.DC001041C.TXT.
PERMIT NOT ON FILE. NAM/JONES, ANDREW JOHN. DOB/19860425. SEX/M.



*** NOTICE ***
INFORMATION OBTAINED FROM WALES MAY BE USED FOR
CRIMINAL JUSTICE PURPOSES ONLY
```

---

**RESP ncic(QWA)** 2014-11-05 19:53:42
Display Response

```
NCIC Response # 665310598
1L010000000B03WYPDC
DC001041C


***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
MKE/WANTED PERSON
EXL/1 - FULL EXTRADITION
ORI/VAUSM0000 NAM/JONES, ANDREW JOHN SEX/M RAC/B POB/DC
DOB/19860425 HGT/507 WGT/165 EYE/BRO HAI/BLK FBI/113233FC7
SOC/578156960
OFF/ESCAPE SEE MIS - HWH WALK AWAY
OOC/POSSESSION OF WEAPON
DOW/20141010 OCA/0168200846
WNO/151610140100A
MIS/MIS/ESC FROM/          //PH202-3079100
DNA/N
ORI IS US MARSHALS SERVICE HEADQUARTERS ARLINGTON 202 307-9100
DOB/19860426
SOC/578151669
SOC/578151696
NIC/W002049571 DTE/20141014 0944 EDT DLU/20141014 0945 EDT
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

***LAW ENFORCEMENT SENSITIVE INFORMATION***

***WARNING - APPROACH WITH CAUTION***

***DO NOT ADVISE THIS INDIVIDUAL THAT THEY MAY BE ON A TERRORIST WATCHLIST***

CONTACT THE TERRORIST SCREENING CENTER (TSC) AT (866) 872-9001 DURING THIS
ENCOUNTER.  IF THIS WOULD EXTEND THE SCOPE OR DURATION OF THE ENCOUNTER,
CONTACT THE TSC IMMEDIATELY THEREAFTER.  IF YOU ARE A BORDER PATROL OFFICER,
IMMEDIATELY CALL THE NTC.

WITHOUT OTHERWISE EXTENDING THE SCOPE OR DURATION OF THE ENCOUNTER,
ATTEMPT TO OBTAIN SUFFICIENT IDENTIFYING INFORMATION TO ASSIST THE TSC
IN DETERMINING WHETHER OR NOT THE IDENTIFIER(S) YOU QUERIED BELONGS TO
AN INDIVIDUAL IDENTIFIED AS HAVING POSSIBLE TIES WITH TERRORISM.  DO NOT
DETAIN OR ARREST THIS INDIVIDUAL UNLESS THERE IS EVIDENCE OF A VIOLATION
OF FEDERAL, STATE, OR LOCAL STATUTE(S).

UNAUTHORIZED DISCLOSURE IS PROHIBITED.

INFORMATION THAT THIS INDIVIDUAL MAY BE ON A TERRORIST WATCHLIST IS THE
PROPERTY OF THE TSC AND IS PROVIDED TO YOUR AGENCY ONLY FOR
INTELLIGENCE AND LEAD PURPOSES.  THIS RECORD MAY INCLUDE INFORMATION THAT
CAN ONLY BE USED IN A CRIMINAL PROCEEDING WITH THE ADVANCE AUTHORIZATION
OF THE ATTORNEY GENERAL OR INFORMATION WHOSE USE MAY BE RESTRICTED BY
FEDERAL GOVERNMENT POLICY; ANY RECIPIENT INTERESTED IN USING THIS
INFORMATION, OR ANY INFORMATION DERIVED THEREFROM, MUST FIRST CONTACT
THE TSC TO OBTAIN THE NECESSARY APPROVAL.
```

DOJ_USMS 000012

Exhibit 7

```
                    ┌─────────────────────────┐
                    │   JOB STATUS REPORT     │
                    └─────────────────────────┘

                                TIME  : 11/06/2014 13:49
                                NAME  : USMARSHALPRISONERCOR
                                FAX#  : 2023530723
                                TEL#  :
                                SER.# : 008070087
```

```
┌─────────────────────────────────────────────────────────────────────┐
│  DATE,TIME              11/06  13:48                                   │
│  FAX NO./NAME           98790092                                       │
│  DURATION               00:00:32                                       │
│  PAGE(S)                04                                             │
│  RESULT                 OK                                             │
│  MODE                   STANDARD                                      │
│                         ECM                                           │
└─────────────────────────────────────────────────────────────────────┘
```

U.S. Department of Justice
United States Marshals Service

**PRISONER REMAND OR ORDER TO DELIVER AND
RECEIPT FOR UNITED STATES PRISONERS**

UNITED STATES MARSHAL
U.S. District Court  District of Columbia

TO: DC/SC _____   DATE: 11/06/2014 _____
    *(Name & Title)*

THE FOLLOWING NAMED UNITED STATES PRISONER(S): ☐ are herewith remanded to your custody

                                                            ☒ are to be delivered to representative presenting and signing this order

1) JONES, ANDREW _____   4) HOLD PENDING FEDERAL DESIGNATION _____

2) USMS# 42732-007 _____   5) CTC FAILURE _____

3) DCDC# 303-170 _____   6) THANK YOU _____

```
┌──────────────────────────────────────┐
│             RECEIPT                    │
│                                        │
│  THE ABOVE NAMED PRISONERS WERE RECEIVED: │
│  BY: _____  │
│  TITLE: _____  │
│  DISTRICT OR ORGANIZATION ADDRESS:     │
│  _____  │
│  _____  │
│  _____  │
└──────────────────────────────────────┘
```

EDWIN SLOANE _____
*United States Marshal*

HENRY ALVARADO _____
*BY: Deputy United States Marshal*

DOJ_USMS 000009

Exhibit 8

# UNITED STATES DISTRICT COURT
For The
District of Columbia

ANDREW JONES,            )
                               )
     Plaintiff,           )
                               )
      v.                )     Civil Action No. 16-CV-07 (APM)
                               )
DISTRICT OF COLUMBIA, et al.,   )
                               )
     Defendants.      )
_____ )

## DECLARATION OF LINWOOD E. BATTLE

I, Linwood E. Battle, hereby make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I am a Supervisory Deputy United States Marshal for the District of Columbia District Court (DCDC), United States Marshals Service (USMS), Department of Justice. I have held this position since October 2006. As a Supervisory Deputy United States Marshal, I was the supervisor of the DCDC Warrant Section during the relevant period of events from October 2014, through January 2015. As a supervisor, I am familiar with the operations and procedures of the DCDC with respect to the posting and execution of arrest warrants and the coordination of prisoner detention.

2. On October 14, 2014, DCDC issued a warrant for the arrest of Mr. Jones based on a Bureau of Prisons (BOP) escape notice.

3. On November 6, 2014, Mr. Andrew Jones, was transported to the District of Columbia Superior Court from the District of Columbia Central Detention Facility (CDF) for arraignment. It was determined that Mr. Jones was charged with escape from an institution, a charge which falls under the jurisdiction of the District of Columbia.

4. On November 6, 2014, I received an email from Robert Revell of the BOP, a copy of which is attached as Exhibit A. Although BOP indicated that it had previously sent notice to the USMS in October, 2014, the November 6, 2014 email advised me for the first time that the warrant for Andrew Jones had been rescinded. Also on November 6, 2014, upon learning that Andrew Jones' warrant had been rescinded, I instructed Robert Coleman of my staff to call the Prisoner Coordination Section, which is within the office of the United States Marshal for the District of Columbia District Court and inform them that Mr. Jones was not to be held based on an escape warrant.

5. On November 6, 2014, Rolina Johnson of the Prisoner Coordination Section notified CDF by email, a copy of which is attached as Exhibit B, that Mr. Jones was not to be held for escape.

6. I took no further action with regard to Mr. Jones, because I believed it would be resolved by the Prisoner Coordination Section. I had no personal involvement in the coordination of Mr. Jones' release or detention from CDF other than that set out above.

In performing the above functions, I was not acting under any law applicable to the District of Columbia; rather I act in my job at the USMS pursuant to 28 U.S.C. § 561, et seq., which grants to me arrest powers throughout the United States.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Linwood E. Battle
Supervisory Deputy United States Marshal

Dated:

2

**From:**     Timothy Barnett
**To:**        CBR Specialist
**Date:**     11/7/2014 8:07 AM
**Subject:**  Fwd: RE: Apprehension/JONES 42732-007

FYI....

>>> "Battle, Linwood (USMS)" <Linwood.Battle@usdoj.gov> 11/6/2014 4:24 PM >>>
Ok, in the future when it concern rescinded warrants, email me or call the office with a heads up.  This will
ensure we get the info. The office receives numerous faxes daily.


Thanks

-----Original Message-----
From: Timothy Barnett [mailto:t2barnett@bop.gov]
Sent: Thursday, November 06, 2014 4:09 PM
To: Battle, Linwood (USMS)
Subject: RE: Apprehension/JONES 42732-007

Mr. Battle,

I apologize for the inconvenience, however, we have the fax confirmation that it was sent to 202-273-5039
on October 14th. I believe Robert attached a copy to his previous email.

Again, I do apologize if it was not received, but the BOP has no interest in this subject. He has completed
his BOP term.

Thank you,

Tim

Timothy R. Barnett
Residential Reentry Manager
Federal Bureau of Prisons
Reentry Services Division
302 Sentinel Drive, Suite 200
Annapolis Junction, MD 20701
Office: (301) 317-3149
Fax: (301) 317-3138


This message is intended for official use and may contain SENSITIVE information. If this message
contains SENSITIVE information, it should be properly delivered, labeled, stored, and disposed of
according to policy.


>>> "Battle, Linwood (USMS)" <Linwood.Battle@usdoj.gov> 11/6/2014 3:50 PM >>>
The warrant section did not received a rescinded request. The inmate was arrested on the active warrant
dated October 10th.

From: Robert Revell [mailto:rrevell@bop.gov]
Sent: Thursday, November 06, 2014 3:21 PM
To: Aaron Good; Michelle Drinkard; Linwood Battle
Cc: Johnice Green; Lori A. Brown; Phelicia Taplin; Timothy Barnett; DC Management
Subject: Apprehension/JONES 42732-007



**EXHIBIT**

tabbies®

_A_

DOJ_BOP 000014

Good Afternoon,

We received a fax notification from the DC USMS indicating Inmate JONES, Andrew 42732-007 was apprehended on 11-06-14 for our Escape Warrant. However, we had requested the warrant be rescinded on 10-10-14 due to him self returning to the RRC the same day. He has completed his BOP sentence as of 11-03-14. Please do NOT hold for the BOP. If you have any questions or concerns, please let me know.

Thanks!


Robert Revell
Residential Reentry Specialist
Federal Bureau of Prisons
Mid-Atlantic Regional Office (CBR/CDC)
302 Sentinel Drive Suite 200
Annapolis Junction, MD 20701

Phone: 301-317-3196
Fax: 301-317-3138 and 3184
rrevell@bop.gov<mailto:rrevell@bop.gov>

This message is intended for official use and may contain SENSITIVE information. If this message contains SENSITIVE information, it should be properly delivered, labeled, stored, and disposed of according to policy.

DOJ_BOP 000015

## Robert Revell - Apprehension/JONES 42732-007

| | |
|---|---|
| **From:** | Robert Revell |
| **To:** | Battle, Linwood; Drinkard, Michelle; Good, Aaron |
| **Date:** | 11/6/2014 3:21 PM |
| **Subject:** | Apprehension/JONES 42732-007 |
| **CC:** | Barnett, Timothy; Brown, Lori A.; DC Management; Green, Johnice; Tap... |
| **Attachments:** | 2014_11_06_15_08_12.pdf |

Good Afternoon,

We received a fax notification from the DC USMS indicating Inmate JONES, Andrew 42732-007 was apprehended on 11-06-14 for our Escape Warrant. However, we had requested the warrant be rescinded on 10-10-14 due to him self returning to the RRC the same day. He has completed his BOP sentence as of 11-03-14. Please do NOT hold for the BOP. If you have any questions or concerns, please let me know.

Thanks!

Robert Revell
Residential Reentry Specialist
Federal Bureau of Prisons
Mid-Atlantic Regional Office (CBR/CDC)
302 Sentinel Drive Suite 200
Annapolis Junction, MD 20701

Phone: 301-317-3196
Fax: 301-317-3138 and 3184
rrevell@bop.gov

This message is intended for official use and may contain SENSITIVE information. If this message contains SENSITIVE information, it should be properly delivered, labeled, stored, and disposed of according to policy.

DOJ_BOP 000016

Exhibit 9

| | |
|---|---|
| **From:** | Phelicia Taplin |
| **To:** | DC Jail - CTF |
| **Date:** | 1/2/2015 2:06 PM |
| **Subject:** | URGENT-Jones. Andrew #43732-007 DCDC 303170 |
| **CC:** | Barnett, Timothy;  Battle, Linwood;  Drinkard, Michelle;  Revell, Robert |
| **Attachments:** | 2015_01_02_13_50_28.pdf |

Hello,

Please see attached paperwork regarding inmate Jones, Andrew #42732-007 DCDC 303170 is currently housed at the DC Jail, who was previously a RRC Failure-Escape from Hope Village. However, the inmate return to Hope Village on the same day.

He completed his BOP sentence on 11-03-2014. The USMS was notified that BOP rescinded the warrant and has no interest in this subject due to him returning to the RRC the same day.

Please coordinate to USMS to released this inmate as soon as possible.

Thank you.

Phelicia L.Taplin
Residential Reentry Specialist
Federal Bureau of Prisons
Baltimore Residential Reentry Office
302 Sentinel Drive, Suite 200
Annapolis Junction, MD 20701
301-317-3283 Office
301-317-3138 Fax

SENSITIVE/PRIVILEGED COMMUNICATION
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information.  This information is the property of the U.S. Department of Justice.  If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited.  If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.