**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ANDREW JONES, )<br>            Plaintiff, )<br> )<br>v.       )       **Case No. 16-cv-0007 (APM)**<br> )<br> )<br>DISTRICT OF COLUMBIA, )<br>et al.,   )<br>            Defendants ) | |

**JOINT STATUS REPORT REGARDING MEDIATION**

Pursuant to the Court's order of December 12, 2016, Plaintiff Andrew Jones and the District of Columbia Defendants hereby file this joint status report regarding the status of the mediation and settlement discussions. The parties have reached an agreement in principle to settle the remaining claims and anticipate finalizing their agreement and filing a stipulation of dismissal shortly.

January 11, 2017                                                      Respectfully submitted,

/s/   Amanda J. Montee                                         /s/   Matthew J. Peed
Amanda Montee (Bar No. 1018326)               Matthew J. Peed (D.C. Bar No. 503328)
Assistant Attorney General                              CLINTON BROOK & PEED
Suite 630 South                                                   1455 Pennsylvania Ave. N.W., Suite 400
441 Fourth Street, N.W.                                     Washington, DC 20004
Washington, D.C. 20001                                   (202) 618-1628 (tel)
(202) 724-5691 (tel)

*Attorney for Defendants District of Columbia,*                *Attorney for Plaintiff Andrew Jones*
*William Smith, Tia Gaines, Annette Blair-Summers,*
*Kevin Proctor, and Stephen Stanford*