# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW JONES, <br>                Plaintiff, <br> v. <br><br> DISTRICT OF COLUMBIA, et al. <br>                Defendants | **Case No. 16-cv-0007 (APM)** |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), the Clerk shall please dismiss the above-captioned action in its entirety, with prejudice, as the District of Columbia and Plaintiff have settled all claims for all parties. Each party shall bear its own costs.

January 24, 2017                                        Respectfully submitted,

KARL A. RACINE                                        /s/   Matthew J. Peed
Attorney General for the District of Columbia         Matthew J. Peed (D.C. Bar No. 503328)
                                                      CLINTON BROOK & PEED
TONI MICHELLE JACKSON                                 1455 Pennsylvania Ave. N.W., Suite 400
Chief, Equity Section                                 Washington, DC 20004
                                                      (202) 621-1828 (tel)
/s/   Amanda J. Montee
Amanda Montee (Bar No. 1018326)                       *Attorney for Plaintiff Andrew Jones*
Assistant Attorney General
Suite 630 South
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-5691 (tel)

*Attorney for Defendants District of*
*Columbia, William Smith, Tia Gaines,*
*Annette Blair-Summers, Kevin Proctor, and*
*Stephen Stanford*